In the Matter of the Application of William J. Dougherty for Admission to the bar. Application granted. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Rule III is hereby amended by substituting the words " second Friday " in place of " third Monday; " so that hereafter appeals in non-enumerated causes will be heard on the first Monday and second Friday of each term. Rules IV and VI are also amended accordingly. This change to take effect at the April term.

Robert Grafton, Respondent, v. John Oscar Ball, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Application of the City of New York Relative to Acquiring Title, etc., for the Opening and Extending of Woodbine Street from Knickerbocker Avenue to Irving Avenue, etc.— Motion granted, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

In the Matter of the Application of Enoch Johnson for Admission to the bar.— Application granted. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

Vincent Lo Re, Respondent, v. Philip Federman, Appellant, and Carl Rieger, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

William H. Shannon, Jr., Respondent, v. Eugene Horton, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

The American Agricultural Chemical Company, Appellant, v. Augustus Brooks and Caroline Brooks, Respondents.— Appeal dismissed, with ten dollars costs and disbursements. The warrant, while it might have been properly issued by the county judge, should have been made returnable before a term of the Supreme Court at which the contempt motion might be heard. (Judiciary Law, § 757.)* The County Court of Suffolk county had no jurisdiction of this proceeding. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Martin Behrer, Doing Business under the Name and Style, etc., Respondent, v. Mary Ernst, Appellant.— Judgment of the County Court of Richmond county reversed and new trial ordered, costs to abide the event, on the ground of error in the exclusion of evidence offered at folio 65 of the record on appeal. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.